**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **CESAR RODAS** | **CIVIL ACTION** |
| **VERSUS** | **CASE NO. 20-353-SDD-RLB** |
| **HENRY POWER ELECTRIC, LLC and HENRY CASTILLO** | |

## ORDER

Upon consideration of Plaintiff's Notice of Dismissal Pursuant to FRCP 41(a)(1)(A) filed prior to the filing of an answer or motion for summary judgment by any defendant in this matter, it is hereby

ORDERED that this action is dismissed, without prejudice.

Signed at Baton Rouge, Louisiana, this  6th  day of August, 2020.

*Shelly D. Dick*
JUDGE, United States District Court
Middle District of Louisiana